FILED11 JUN '14 10:25USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND   DIVISION

_Andy Chung_

(Enter full name of plaintiff(s))

**Plaintiff(s),**

v.

_PSRB Director_

(Enter full name of ALL defendant(s))

**Defendant(s).**

Civil Case No. **6:14 - CV - 952    TC**

(to be assigned by Clerk of the Court)

**APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, _Andy Chung_, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare than I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions:

1. Are you currently incarcerated?   ☐ Yes ☒ No

   If "Yes" state the place of your incarceration: _____

   **If "Yes" and you are filing a civil action, have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account showing transactions for the past six (6) months.**

2. Are you currently employed?   ☐ Yes ☒ No ☐ Self-employed

   a.   If the answer is "Yes," state:

        Employer's name: _____

        Employer's address: _____

        Amount of take-home pay or wages: $_____ per _____ (specify pay period)

Revised August 6, 2010
Page 1

USDC - Oregon

 b. If the answer is "No," state:
  Name of last employer: __O' Sushi__
  Address of last employer: __520 State St, Salem OR 97301__
  Date of last employment: __7/15/2013__
  Amount of take-home salary or wages: $ __9.10__ per __1__ (*specify pay period*)

3. Is your spouse or significant-other employed? ☐ Yes ☒ No ☐ Self-employed ☐ Not applicable
If the answer is "Yes," state:

 Employer's name: ____
 Employer's address: ____
 Amount of take-home pay or wages: $____ per ____ (*specify pay period*)

4. In the past 12 months have you received any money from any of the following sources?

 a. Business, profession or other self-employment ☐ Yes ☒ No
  If "Yes," state: Amount received: $ ____
   Amount expected in future: $ ____

 b. Rent payments, interest, or dividends ☐ Yes ☒ No
  If "Yes," state: Amount received: $ ____
   Amount expected in future: $ ____

 c. Pensions, annuities, or life insurance payments ☐ Yes ☒ No
  If "Yes," state: Amount received: $ ____
   Amount expected in future: $ ____

 d. Disability or workers compensation payments ☒ Yes ☐ No
  If "Yes," state: Amount received: $ __710 - SSI__
   Amount expected in future: $ ____

 e. Gifts or inheritances ☐ Yes ☒ No
  If "Yes," state: Amount received: $ ____
   Amount expected in future: $ ____

 f. Any other sources ☐ Yes ☒ No
  If "Yes," state: Source: ____
   Amount received: $ ____
   Amount expected in future: $ ____

5. Do you have cash or checking or savings accounts? ☒ Yes ☐ No
   (including prison trust accounts)?

   If "Yes," state the total amount: $100

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ☐ Yes ☒ No

   If "Yes," describe the asset(s) and state the value of each asset listed.

7. Do you have any other assets? ☐ Yes ☒ No

   If "Yes," list the asset(s) and state the value of each asset listed.

8. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? ☒ Yes ☐ No

   If "Yes," describe and provide the amount of the monthly expense.
   $521 - Rent

9. List the persons (or, if under 18, initials only) who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

10. Do you have any debts or financial obligations? ☐ Yes ☒ No

If "Yes," describe the amounts owed and to whom they are payable.

_____
_____
_____
_____
_____
_____

**If I am incarcerated, I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments toward the full filing fee of $350.00 for a prisoner civil rights complaint in accordance with 28 U.S.C. § 1915(b).**

I declare under penalty of perjury that the above information is true and correct.

__6/8/2014__                           _____
DATE                                    SIGNATURE OF APPLICANT

                                        ____Andy Chung____
                                        PRINTED NAME OF APPLICANT