FILED11 JUN '14 10:25USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
### PORTLAND DIVISION

_Andy Chung_

(Enter full name of plaintiff(s))

**Plaintiff(s),**

v.

_PSRB Director_

(Enter full name of ALL defendant(s))

**Defendant(s).**

6'14 - CV - 952    TC

Civil Case No. _____
(to be assigned by Clerk of the Court)

**COMPLAINT**

Jury Trial Demanded
☑ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: _Andy Chung_
Street Address: _545 24th Pl NE_
City, State & Zip Code: _Salem OR 97301_
Telephone No. _(503) 485-1977_

**Defendant No. 1**  Name: _PSRB Director_
Street Address: _610 SW Alder (Suite #420)_
City, State & Zip Code: _Portland OR 97205_
Telephone No. _503-229-5596_

**Defendant No. 2**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 3**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 4**  Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.  What is the basis for federal court jurisdiction (*check all that apply*)

☑ Federal Question      ☐ Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

_Injured, discrimination, Freedom, Monetary compensations._

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _Oregon_

Defendant(s) state(s) of citizenship _Oregon_

### III. STATEMENT OF CLAIMS

#### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was attacked on 4-19-2014 by my roomate's boyfriend Tyson, because the PSRB allow Tyson came to (Stepping Stone Group home) as a regular visitor, when they all know Tyson is a serious and dangerous criminal. He has a long history felonies. He assulted four police officers. He was on parole during the assault happen. I was punched 15 times in my eye, face, nose, mouth and head. It caused me a lot of damaged. Now I having focusing and concentration problem, because of the head injured. My life is full of stress, because Tyson told me that he will come back to kill me. Tyson is a very serious criminal has nothing to lose.
(I have a copy of the group home visitor expectation set by the PSRB, it said no probation or parole people allow in the group home)

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I have a facebook working on a protest in demonstration. The PSRB case manager find one sentence on my face book. It sound might like threat, which I wasn't paying attention by accidently, because of my head injured from the attacked by Tyson, That PSRB created.

I have been being punish by the PSRB, because of that one sentence, (Again, because of my head injured caused me focusing problem. It was the PSRB created)

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

One of the Punishment that I got from the PSRB was that I got my computer and internet taking away. It stopping me work on my protest in demonstration on my face book. It worth more than $10 billion.

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

$1 million for Claim I

$½ million for Claim II

$10 billion for Claim III, if the PSRB can afford it

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8__ day of __June__, 20__14__.

_____
*(Signature of Plaintiff(s))*